**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000499
15-MAY-2019
08:44 AM**

NO. CAAP-16-0000499

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


SPENCER JAMES BEVILL, NANCY LYNN BEVILL, AND
BEVILL FAMILY TRUST, Plaintiffs-Appellees, v.
FRANK MAURIZIO; PHIL SCHUTTE; BEVERLY SCHUTTE;
BRUCE "SKIP" BLOUGH; MIKE PREISS; CONNIE SCHNITKER;
PETE HILL; DARREL BORLING; ASSOCIATION OF APARTMENT
OWNERS OF KE NANI KAI, an unincorporated condominium
association; THE BOARD OF DIRECTORS FOR ASSOCIATION
OF APARTMENT OWNERS OF KE NANI KAI, in their official
capacity and personally; JOHN DOES 1-100; JANE DOES 1-100;
DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,
Defendants-Appellees,
and
MYLES T. YAMAMOTO, Real Party in Interest-Appellant
(CIVIL NO. 08-1-0293)

AND

SPENCER JAMES BEVILL, NANCY LYNN BEVILL,
AND BEVILL FAMILY TRUST, Plaintiffs-Appellees, v.
ASSOCIATION OF APARTMENT OWNERS OF KE NANI KAI;
JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS
1-100 AND DOE CORPORATIONS 1-100, Defendants-Appellees
(CIVIL NO. 12-1-0790)

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT


ORDER OF CORRECTION
(By: Reifurth, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order
filed on April 10, 2019, is corrected as follows:

The word "FIRST" in the portion of the case caption on

_____

[1]     Ginoza, C.J., and Leonard and Reifurth, JJ.

the first page that designates the circuit from which this appeal was taken is deleted and replaced with the word "SECOND" so that the line reads as follows:

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, May 15, 2019.

*Lawrence M Reifurth*

Associate Judge